IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TRAVIS MOLLIVER, | : |
|     Plaintiff | : |
|   v. | : Case No. 3:23-cv-82-KAP |
| ADAM INGRAM, *et al.*, | : |
|     Defendants | : |

## Memorandum Order

This civil suit was stayed pending the resolution of the pending criminal charges against plaintiff Molliver that were filed at Commonwealth v. Molliver, CP-07-CR-327-2022 (C.P. Blair). Notwithstanding that those charges still seem to be pending, plaintiff has filed motions at ECF no. 27 and ECF no. 28, to which defendants have replied including with motions to strike at ECF no. 30 and ECF no. 31.

All the motions are denied. Plaintiff's motion at ECF no. 27 is to the extent that I can interpret it inconsistent with the stay and plaintiff does not explain why that stay should be lifted. Plaintiff's motion at ECF no. 28 is unnecessary: if plaintiff wants copies he can get them from the Clerk by paying for them. The motions to strike ask for an extraordinary sanction that is unnecessary in light of the stay and the denial of plaintiff's motions.

DATE: February 19, 2025

                                        Keith A. Pesto,
                                        United States Magistrate Judge

Notice by ECF to counsel and by U.S. Mail to:

John T. Molliver QN-7837
S.C.I. Smithfield
1120 Pike Street
Huntingdon, PA 16652