IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN TRAVIS MOLLIVER, : | |
| Plaintiff : | |
| v. : | Case No. 3:23-cv-82-KAP |
| ADAM INGRAM, *et al.*, : | |
| Defendants : | |

<u>Memorandum Order</u>

The plaintiff's motion for injunction at ECF no. 74 is denied. I do not know why plaintiff is in the Blair County Prison and the motion does not say why. The motion seeks release from current confinement and therefore has no relationship to the claims in the complaint in this matter, and since the complaint in this matter has been dismissed and is on appeal even a proper motion under Rule 65 would fail because there is no probability of success in the underlying action.

Plaintiff filed a notice of appeal at ECF no. 75; he also sent correspondence dated October 29, 2025, objecting to the dismissal of his complaint, and adding that although the order of dismissal was on September 26, 2025, it was "never filed until 10-21-25." ECF no. 76. This is not true. The order was docketed and put in the mail to the plaintiff's address of record the day I wrote it and was never returned as undelivered. Plaintiff next communicated with the court on October 21, 2025, with a motion for counsel that let the Clerk know of plaintiff's current location. As I noted in denying the motion for counsel, plaintiff gave no explanation for his failure to oppose the defendants' motions to dismiss or to seek extension of time to do so, and he still gives none.

Plaintiff's correspondence also asserts that the only reason to dismiss a complaint is failure to state a claim. If ECF no. 76 is considered a Rule 59 or Rule 60 motion by the Court of Appeals, I deny it because plaintiff's assertion is incorrect on its face and the correspondence does not give any other reason to alter or vacate the dismissal of the complaint.

DATE: November 5, 2025

Keith A. Pesto,
United States Magistrate Judge

Notice to counsel by ECF and by U.S. Mail to:

John T. Molliver 04-00035
Blair County Prison
419 Market Square Alley
Hollidaysburg, PA 16648

1